UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:18-bk-06457-CPM
 Chapter 7

John Scott Black,

    Debtor(s).
_____/

**NOTICE OF HEARING**

    A PRELIMINARY HEARING in this case will be held on May 1, 2019 at 9:30 a.m. in Courtroom 9B (Colton) 8B (McEwen) 8A (Williamson), Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL, 33602, before the Honorable Catherine Peek McEwen, United States Bankruptcy Judge, to consider this matter and transact such other business that may come before the court:

Motion to Sell Property Free and Clear of Liens. Property description: 7741 Still Lakes Drive, Odessa, FL 33556. And Request for Expedited Hearing. (Doc. No. 41)

1. The hearing may be continued upon announcement made in open Court without further notice.
2. Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.
3. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

Dated:  April 17, 2019

                                              Respectfully submitted,

                                              /s/ Christine L Herendeen
                                              Christine L. Herendeen
                                              Florida Bar No. 0094315
                                              Herendeen Law, LLC
                                              P.O. Box 152348
                                              Tampa, FL  33684
                                              (813) 438-3833
                                              clherendeen@herendeenlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2019, a true and correct copy of the foregoing Notice of Hearing has been furnished by electronic delivery or first class U.S. mail to the attached matrix and to the parties listed below

Mountain States Adjustment, a Division of MS Services LLC, a foreign limited liability company, as assignee of Bank of the West for the use and benefit of Bank of The West, as assignee of Intermarine, c/o Steven B. Sprechman, Esq., Sprechman & Associates, P.A., 2775 Sunny Isles Blvd., Suite 100, Miami, FL  33160

Mountain States Adjustment, a Division of MS Services LLC, a foreign limited liability company, as assignee of Bank of the West for the use and benefit of Bank of The West, as assignee of Intermarine, c/o Stacey S. Fisher, Esq. Sprechman & Associates, P.A., 2775 Sunny Isles Blvd., Suite 100, Miami, FL  33160

Mountain States Adjustment, a Division of MS Services LLC, a foreign limited liability company, as assignee of Bank of the West for the use and benefit of Bank of The West, as assignee of Intermarine, 123 W. First Street, Ste. 430, Casper, WY  82601

Mountain States Adjustment, a Division of MS Services LLC, a foreign limited liability company, as assignee of Bank of the West for the use and benefit of Bank of The West, as assignee of Intermarine, **Attn**: NRAI Services, Registered Agent, 1200 South Pine Road, Plantation, FL  33324 *(via certified mail)*

American Express Bank, FSB, successor in interest to American Express National Bank, 4315 S. 2700 West, Salt Lake City, UT  84184

American Express Bank, FSB, successor in interest to American Express National Bank, **Attn**. Robert Garinger, President and CEO, 4315 South 2700 West, Salt Lake City, UT 84184 *(via certified mail)*

American Express Centurion Bank, 4315 S. 2700 West, Salt Lake City, UT  84184

American Express Centurion Bank, **Attn**. Robert Garinger, President and CEO, 4315 South 2700 West, Salt Lake City, UT  84184 *(via certified mail)*

Specialized Loan Servicing, LLC, P.O. Box 631873, Littleton, CO  80163

Specialized Loan Servicing, LLC, **Attn**: United Agent Group, Inc., Registered Agent, 11380 Prosperity Farms Rd. #221E, Palm Beach Gardens, FL 33410 *(via certified mail)*

Suntrust Banks, Inc., 303 Peachtree St. NE, GA-Atlanta-0643, Atlanta, GA  30308

SunTrust Banks, Inc., **Attn**: William Henry Rogers, CEO, 303 Peachtree Street N.E., Atlanta, GA 30308 *(via certified mail)*

Stillwater Property Owners Association, Inc., **Attn**. Qualified Property Management, Inc., Registered Agent, 5901 US HWY 19, Suite 7Q, New Port Richey, FL  34652  *(via certified mail)*

Stillwater Property Owners Association, Inc., c/o Daniel J. Greeberg, Esq., Cianfrone, Nikoloff, Grant & Greenberg, P.A., 1964 Bayshore Blve., Suite A, Dunedin, FL  34698

.

                            /s/ Christine L. Herendeen
                            Christine L. Herendeen

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE:  JOHN SCOTT BLACK | CASE NO: 8:18-bk-06457-CPM<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 4/17/2019, I did cause a copy of the following documents, described below,

Notice of Hearing

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/17/2019

/s/ Christine L. Herendeen
Christine L. Herendeen
Herendeen Law, LLC
PO Box 152348
Tampa, FL  33684
833 438 3833

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| IN RE: JOHN SCOTT BLACK | CASE NO: 8:18-bk-06457-CPM |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 7 |

On 4/17/2019, a copy of the following documents, described below,

Notice of Hearing

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/17/2019

_/s/ Jay S. Jump_

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Christine L. Herendeen
Herendeen Law, LLC
PO Box 152348
Tampa, FL  33684

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS CERTIFIED MAIL SERVICE
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                              JOY KELLEY AUGUSTINE                   BK GLOBAL REAL ESTATE SERVICES
 LABEL MATRIX FOR LOCAL NOTICING       READ  KELLEY ESTATE SERVICES           1095 BROKEN SOUND PKWY NW 100
113A8                                  PO BOX 3111                            BOCA RATON FL 33487-3503
CASE 8-18-BK-06457-CPM                 N FORT MYERS FL 33918-3111
MIDDLE DISTRICT OF FLORIDA
TAMPA
WED APR 17 13-27-43 EDT 2019


DEBTOR                                 ALAN B GEST PA                         AMERICAN HONDA FINANCE
                                       AVENTURA CORP CTR                      P O BOX 168088
JOHN SCOTT BLACK                       20801 BISCAYNE BLVD                    IRVING TX 75016-8088
7741 STILL LAKES DR                    SUITE 506
ODESSA FL 33556-2262                   MIAMI FL 33180-1400


AMEX                                   ERIC W NELSON                          INTERNAL REVENUE SERVICE
CORRESPONDENCEBANKRUPTCY               100 2ND AVE N                          CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 981540                          SUITE 240                              PO BOX 7346
EL PASO TX 79998-1540                  SAINT PETERSBURG FL 33701-3338         PHILADELPHIA PA 19101-7346


MERCEDES BEN                           MERCEDES BENZ FINANCIAL SERVICES       MONTREUX STILLWATER MAS ASS
PO BOX 685                             PO BOX 685                             2605 ENTERPRISE ROAD EAST
ROANOKE TX 76262-0685                  ROANOKE TX 76262-0685                  CLEARWATER FL 33759-1068


MOUNTAIN STATES ADJUSTMENT             MOUNTAIN STATES ADJUSTMENT A DIVISION  ONLINE COLLECTIONS
123 W FIRST ST SUITE 430               OF MS                                  ATTN BANKRUPTCY
CASPER WY 82601-7502                   2775 SUNNY ISLES BLVDSUITE 100         PO BOX 1489
                                       MIAMI FL 33160-4078                    WINTERVILLE NC 28590-1489


PRIMEWAY FCU                           SANTANDER CONSUMER USA                 STEVE SPRECHMAN ESQ
ATTN BANKRUPTCY                        ATTN BANKRUPTCY                        SPRECHMAN  FISHER
PO BOX 53088                           PO BOX 961245                          2775 SUNNY ISLES BLVD
HOUSTON TX 77052-3088                  FORT WORTH TX 76161-0244               SUITE 100
                                                                              NORTH MIAMI BEACH FL 33160-4078


SUNTRUST                               SUNTRUST BK TAMPA BAY                  US BANK NA DBA ELAN FINANCIAL SERVICES
PO BOX 4997                            ATTN BANKRUPTCY                        BANKRUPTCY DEPARTMENT
ORLANDO FL 32802-4997                  MAIL CODE VA-RVW-6290                  PO BOX 108
                                       PO BOX 85092                           ST LOUIS MO 63166-0108
                                       RICHMOND VA 23285-5092


                                                                              CM/ECF E-SERVICE
US BANK NATIONAL ASSOCIATION AS        WELLS FARGO HOME MOR
TRUSTEE F                              ATTN BANKRUPTCY DEPARTMENT             ROBERT M GELLER +
CO LINDSEY SAVASTANO                   8480 STAGECOACH CIR                    LAW OFFICES OF ROBERT M GELLER PA
2424 NORTH FEDERAL HIGHWAY SUITE 360   FREDERICK MD 21701-4747                807 W AZEELE STREET
BOCA RATON FLORIDA 33431-7780                                                 TAMPA FL 33606-2209


CM/ECF E-SERVICE                       CM/ECF E-SERVICE                       EXCLUDE

UNITED STATES TRUSTEE   TPA713 +       LINDSEY A SAVASTANO +                  CHRISTINE L HERENDEEN ATTORNEY FOR
TIMBERLAKE ANNEX SUITE 1200            SHAPIRO FISHMAN AND GACHE LLP          TRUSTEE
501 E POLK STREET                      2424 NORTH FEDERAL HIGHWAY             PO BOX 152340
TAMPA FL 33602-3949                    SUITE 360                              TAMPA FL 33604-2340
                                       BOCA RATON FL 33431-7701
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| EXCLUDE | CM/ECF E-SERVICE |
|---|---|
| ~~CHRISTINE L HERENDEEN +~~<br>~~PO BOX 152340~~<br>~~TAMPA FL 33684-2340~~ | NOTE  ENTRIES WITH A + AT THE END OF THE<br>NAME HAVE AN EMAIL ADDRESS ON FILE IN CMECF |